**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-02398-CMA

LAURIE SMITH,

    Plaintiff,

v.

CAROLYN W. COLVIN, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Affirming ALJ's Decision Denying Social Security Benefits of Judge Christine M. Arguello entered on May 29, 2015 it is

ORDERED that the ALJ's decision is AFFIRMED. It is

FURTHER ORDERED each party shall bear its own costs and attorney's fees.

Dated at Denver, Colorado this 29th day of May, 2015.

                      FOR THE COURT:
                      JEFFREY P. COLWELL, CLERK

                By:  s/   A. Thomas

                      Deputy Clerk